UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SCOTT MICHAEL ELAM,

    Defendant.
_____/

Case No.

INDICTMENT
**PENALTY SHEET**

**COUNTS 1-7: Sexual Exploitation of a Minor – 18 U.S.C. § 2251(a) and (e)**
**Minimum Penalty:** 15 years [18:2251(a) & (e)]
**Maximum Penalty:** 30 years and $250,000 fine [18:3571; Class B felony, 18:3559]
**Minimum Supervised Release:** 5 years [18:3583(k)]
**Maximum Supervised Release:** life [18:3583]
**Restitution:** Mandatory [18:3663A]
**Special Assessment**: $100 + $ 5,000 + up to $50,000 [18:3013, 3014, 2259A]
**Other**: Sex Offender Registration

**FORFEITURE**

Date: November 6, 2024          */s/ Olivia Kay Ghiselli*
                                                Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046